# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. HANSEN ) | |
| ) | |
|     Plaintiff ) | |
| ) | Civil Action No. 08-1133 (RMC) |
| v. ) | |
| ) | |
| JAMES H. BILLINGTON, ) | |
| in his official capacity as ) | |
| LIBRARIAN OF CONGRESS ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

## **RETURN OF SERVICE – U.S. ATTORNEY**

I hereby certify that on July 1, 2008, at 10:00 a.m., the Summons and Complaint in the above-captioned case was served by hand on the office of the United States Attorney for the District of Columbia and was received by LaKesha Carroll, the civil dockets clerk, as evidenced by the attached form. (The form is date stamped "June 31, 2008".)

**Verification**

Under penalty of perjury, I swear that the foregoing statement is true and correct to the best of my knowledge and belief.

July 1, 2008                                             \s\
_____                          _____
   Date                                    George M. Chuzi, Esq.

                                              Respectfully submitted,

                                              \s\
                                              _____
                                            George M. Chuzi, Esq. Bar No. 336503
                                            KALIJARVI, CHUZI & NEWMAN, P.C.
                                            1901 L Street, N.W. Suite 610
                                            Washington, D.C. 20036
                                            Tel: (202) 331-9260
                                            FAX: (202) 331-9261

                                            Counsel for Plaintiff

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHRISTOPHER W. HANSEN,

Plaintiff,

V.

JAMES H. BILLINGTON,
Librarian of Congress

Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-01133
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/30/2008
Description: Employ. Discrim.

CASI

TO: (Name and address of Defendant)

~~James H. Billington, Librarian of Congress~~
~~101 Independence Avenue, S.E.~~
~~Washington, D.C. 20540~~

U.S. Attorney
555 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George M. Chuzi
Kalijarvi, Chuzi & Newman, P.C.
1901 L Street, N.W. Suite 610
Washington, D.C. 20036
gchuzi@kcnlaw.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

JUN 3 0 2008

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Lakesha Carroll, docket clerk*

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.