**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. HANSEN )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>JAMES H. BILLINGTON, )<br>in his official capacity as )<br>LIBRARIAN OF CONGRESS )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 08-1133 (RMC) |

**RETURN OF SERVICE – U.S. ATTORNEY GENERAL**

I hereby certify that on July 7, 2008, the Summons and Complaint in the above-captioned case were served by certified mail on the office of the United States Attorney General as evidenced by the attached return receipt.

**Verification**

Under penalty of perjury, I swear that the foregoing statement is true and correct to the best of my knowledge and belief.

July 8, 2008                                     \s\
_____                        _____
   Date                                         George M. Chuzi, Esq.

Respectfully submitted,


  \s\
_____
George M. Chuzi, Esq. Bar No. 336503
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, D.C. 20036
Tel: (202) 331-9260
FAX: (202) 331-9261

Counsel for Plaintiff

| | |
|---|---|
| **A.** Received by (Please Print Clearly) | **B.** Date of Delivery |
| **C.** Signature  X [signature] | Agent / Addressee |
| **D.** Is delivery address different from item 1? If YES, enter delivery address below: | Yes / No |

JUL 07 2008

**COMPLETE THIS SECTION ON DELIVERY**

2. Article Number: 7160 3901 9842 9916 1325

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

PS Form 3811, January 2005    Domestic Return Receipt

RE: Christopher W. Hansen 6/30/08