**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. HANSEN )<br>            )<br>    Plaintiff )<br>            )  Civil Action No.  08-1133 (RMC)<br>    v. )<br>            )<br>JAMES H. BILLINGTON, )<br>in his official capacity as )<br>LIBRARIAN OF CONGRESS )<br>            )<br>    Defendant. )<br>_____ ) | |

**RETURN OF SERVICE – DEFENDANT**

I hereby certify that on July 9, 2008, the Summons and Complaint in the above-captioned case were served by certified mail on the defendant as evidenced by the attached return receipt.

**Verification**

Under penalty of perjury, I swear that the foregoing statement is true and correct to the best of my knowledge and belief.

July 14, 2008                                             \s\
_____                    _____
   Date                                                 George M. Chuzi, Esq.

                                                    Respectfully submitted,


                                                       \s\
                                                    _____
                                                    George M. Chuzi, Esq. Bar No. 336503
                                                    KALIJARVI, CHUZI & NEWMAN, P.C.
                                                    1901 L Street, N.W. Suite 610
                                                    Washington, D.C. 20036
                                                    Tel: (202) 331-9260
                                                    FAX: (866) 455-1504

                                                    Counsel for Plaintiff

