**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTOPHER W. HANSEN )<br>)<br>    Plaintiff )<br>) <br>    v. )<br>)<br>JAMES H. BILLINGTON, )<br>in his official capacity as )<br>LIBRARIAN OF CONGRESS )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 08-1133 (RMC) |

**RETURN OF SERVICE – DEFENDANT**

    I hereby certify that on July 9, 2008, the Summons and Complaint in the above-captioned case were served by certified mail on the defendant James H. Billington as evidenced by the attached return receipt.

**Verification**

    Under penalty of perjury, I swear that the foregoing statement is true and correct to the best of my knowledge and belief.

July 15, 2008                                                  \s\
_____                   _____
    Date                                            George M. Chuzi, Esq.

                                                       Respectfully submitted,

                                                       \s\
                                                       _____
                                                       George M. Chuzi, Esq. Bar No. 336503
                                                       KALIJARVI, CHUZI & NEWMAN, P.C.
                                                       1901 L Street, N.W. Suite 610
                                                       Washington, D.C. 20036
                                                       Tel: (202) 331-9260
                                                       FAX: (866) 455-1504

                                                       Counsel for Plaintiff

| | |
|---|---|
| **COMPLETE THIS SECTION ON DELIVERY** | |
| A. Received by (Please Print Clearly) | B. Date of Delivery |
| Robert Wedey | 7/9/08 |
| C. Signature | |
| X Roberta Wedey | ☐ Agent ☐ Addressee |
| D. Is delivery address different from item 1? ☐ Yes | |
| If YES, enter delivery address below: ☐ No | |

1. Article Addressed to:

James H. Billington
Librarian of Congress
101 Independence Ave., S.E.
Washington, DC 20540

IN RE: Christopher Hasen 6/30/08

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7160 3901 9842 4916 1332

PS Form 3811, January 2005    Domestic Return Receipt