UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER W. HANSEN<br>9523 Baltimore Avenue<br>Laurel, MD 20723<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES H. BILLINGTON,<br>in his official capacity as<br>LIBRARIAN OF CONGRESS<br>101 Independence Avenue, S.E<br>Washington, D.C. 20540<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>).<br>)<br>)<br>)<br>)    **Civil Action No. 08-1133 (RMC)**<br>    **Electronic Case Filing** |

**NOTICE OF APPEARANCE**

    **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **John Interrante** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

            __/s/_____
            JOHN G. INTERRANTE
            Assistant U.S. Attorney
            Civil Division, E4806
            555 Fourth Street, N.W.
            Washington, D.C.  20530
            (202) 514-7220 (phone)
            (202) 514-8780 (fax)
            John.Interrante@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __26th__ day of **August** 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

> **George M. Chuzi**
> Kalijarvi, Chuzi, & Newman, P.C.
> 1901 L Street, NW, Suite 610
> Washington, DC 20036

> __/s/_____
> JOHN G. INTERRANTE
> Assistant U.S. Attorney
> Civil Division, E4806
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 514-7220 (phone)
> (202) 514-8780 (fax)
> John.Interrante@usdoj.gov