UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER W. HANSEN,       ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|     v.                       ) | Civil Action No. 08-1133 (RMC) |
|                              ) | Electronic Case Filing |
| JAMES H. BILLINGTON,         ) | |
| LIBRARIAN OF CONGRESS,       ) | |
|                              ) | |
|     Defendant.               ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant respectfully requests an extension of time of 30 days to, and including, October 2, 2008, in which to file an answer or otherwise respond to the complaint in this case, alleging employment discrimination under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq. The United States Attorney for the District of Columbia received a copy of the complaint on July 1, 2008, and defendant's response is therefore due on September 2, 2008 (see Docket Entry No. 2).[1] This is the first request for an enlargement of time in the case. Plaintiff, through counsel, does not oppose this request.

Defendant requires additional time to review plaintiff's complaint and to confer and consult with agency counsel prior to preparing an answer or otherwise respond to the complaint.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

---

[1] Plaintiff subsequently served defendant on July 9, 2008, and the docket sheet lists defendant's answer as due on September 8, 2008 (see Docket Entry No. 5).

        Respectfully submitted,

          /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

          /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

          /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division, Room E-4806
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

Dated: September 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER W. HANSEN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JAMES H. BILLINGTON,** )<br>**LIBRARIAN OF CONGRESS,** )<br>)<br>Defendant. )<br>) | Civil Action No. 08-1133 (RMC)<br>Electronic Case Filing |

## ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by October 2, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.


_____
Rosemary M. Collyer
United States District Judge